# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-2268

_____

David Simmons,                          *
                                        *
              Appellant,                *
                                        *    Appeal from the United States
         v.                             *    District Court for the
                                        *    Eastern District of Missouri.
Paul Caspari,                           *
                                        *    [UNPUBLISHED]
              Appellee.                 *

_____

Submitted: December 28, 2001
Filed: January 10, 2002

_____

Before HANSEN, FAGG, and BEAM, Circuit Judges.

_____

PER CURIAM.

In 1991, a Missouri state court jury convicted David Simmons of second degree murder and first degree burglary, and the state trial court sentenced him to consecutive terms of life and 15 years imprisonment. After the denial of his appeal and post-conviction motions, see State v. Simmons, 865 S.W.2d 893 (Mo. Ct. App. 1993), he filed a petition under 28 U.S.C. § 2254, alleging, among other things, that appellate counsel was ineffective for not arguing that the state had violated Missouri's speedy trial statute. See Mo. Rev. Stat. §§ 217.450, 217.460 (2000). The

district court[1] denied the petition, and we granted a certificate of appealability on the issue.

After careful review of the record, we conclude that Simmons' appellate counsel was not ineffective for failing to raise the speedy trial issue because the argument lacks merit. <u>See</u> <u>Grubbs v. Delo</u>, 948 F.2d 1459, 1464 (8th Cir. 1991), <u>cert. denied</u>, 506 U.S. 835 (1992); <u>State v. Allen</u>, 954 S.W.2d 414, 417 & n.2 (Mo. Ct. App. 1997). Accordingly, we affirm the judgment of the district court and deny Simmons' pending motion as moot.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Charles A. Shaw, United States District Judge for the Eastern District of Missouri, adopting the report and recommendations of the Honorable Frederick R. Buckles, United States Magistrate Judge for the Eastern District of Missouri.